

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00334-CV

Paulette **BARIBEAU,**
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was originally due July 2, 2018; however, the court has granted the reporter, Amy L. Hinds, an extension of time until August 1, 2018 to file the record. On August 6, Hinds filed a notification of late record, requesting an extension of time until September 10, 2018, to file the record.

We **grant** the request **in** part and **order** Hinds to file the record by **August 31, 2018**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days). Hinds is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court